## UNITED STATES BANRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| JERK TACO MAN HOLDINGS, LLC, ) | |
| INC.                            ) | Case No. 23-00901 |
|                                 ) | |
| Debtor.                         ) | Chapter 11 |
|                                 ) | |
|                                 ) | Judge David D. Cleary |

## DECLARATION JULIUS B. THOMAS

I, JULIUS B. THOMAS under penalties of perjury declare pursuant to 11 U.S.C. § 1116 (1) as follows:

That no balance sheet, statement of operations or cash flow statement has been prepared and no Federal Tax Return has been filed for Tax Year 2022.

Pursuant to 28 U.S.C. Section 1746, I declare that the foregoing is true to the best of my knowledge and belief.

Dated: 1/25/2023

_____
Owner