UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   23-00901 |
| JERK TACO MAN HOLDINGS, LLC, | ) | |
| | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO
DISMISS AND SHORTEN NOTICE**

This matter coming before the Court on the U.S. Trustee's Motion to Dismiss or Convert Case Pursuant to 11 U.S.C. 1112(b) ("Motion"), sufficient notice having been given, and having heard the parties in open court, IT IS HEREBY ORDERED:

1. The Motion is GRANTED;

2. Notice is shortened to that given; and

3. This case is dismissed.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  June 01, 2023

**Prepared by:**

Jeffrey L. Gansberg, Trial Attorney
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois 60604
(312) 886-3327