Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:  23–00901
Chapter:  11
Judge:  Deborah L. Thorne

In Re:
   Jerk Taco Man Holdings, LLC
   7723 S. State Street
   Chicago, IL 60619

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   81–1946731

---

## NOTICE OF DISMISSAL

You are hereby notified that this case was dismissed on June 1, 2023

                                          FOR THE COURT

Dated: June 2, 2023                                           <u>Jeffrey P. Allsteadt , Clerk</u>
                                                                         United States Bankruptcy Court