Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 23−00901
Chapter: 11
Judge: Deborah L. Thorne

In Re:
   Jerk Taco Man Holdings, LLC
   7723 S. State Street
   Chicago, IL 60619

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
   81−1946731

---

## NOTICE OF DISMISSAL

You are hereby notified that this case was dismissed on June 1, 2023

 

FOR THE COURT

Dated: June 2, 2023

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 23-00901-DLT

Jerk Taco Man Holdings, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 2

Date Rcvd: Jun 02, 2023      Form ID: ntcdsm      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jerk Taco Man Holdings, LLC, 7723 S. State Street, Chicago, IL 60619-2317 |
| 30079107 | | CRF USA, 802 Nicolloet Mall #1700, Minneapolis, MN 55402 |
| 30079105 | + | Cintas, 6001 W. 73rd, Chicago, IL 60638-6101 |
| 30127957 | + | Darcee McCuller, c/o Nathan Volheim, Esq., Sulaiman Law Group, Ltd., 2500 S. Highland Avenue, Suite 200, Lombard, IL 60148-7103 |
| 30079108 | + | Delta Bridge Funding, 2875 NE 191st Street #500, Miami, FL 33180-2832 |
| 30127934 | + | Diamond Carpenter, c/o Nathan Volheim, Esq., Sulaiman Law Group, Ltd., 2500 S. Highland Avenue, Suite 200, Lombard, IL 60148-7103 |
| 30079109 | + | Diamond Carpernter, c/o Sulaman Law Group, Ltd, 2500 S. Highland, Lombard, IL 60148-5363 |
| 30079110 | + | Dumpster.com, 11699 Brookpark Rd #450, Cleveland, OH 44130-1135 |
| 30079112 | + | Illinois Casualty, 225 20th Street, Rock Island, IL 61201-8810 |
| 30127959 | + | Nina Thurman, c/o Nathan Volheim, Esq., Sulaiman Law Group, Ltd., 2500 S. Highland Avenue, Suite 200, Lombard, IL 60148-7103 |
| 30079117 | | PNC CHecking, 2121 Manheim Rd, Maywood, IL 60153 |
| 30079118 | + | PPP, 409 3rd Street S.W., Washington, DC 20416-0011 |
| 30079114 | + | Pearl Funding, 410 Jericho TPKE, Jericho, NY 11753-1318 |
| 30079115 | + | Pine Valley One Real Estate, 100 N. LaSalle #710, Chicago, IL 60602-5045 |
| 30079120 | + | State of Illinois, Attn. Ms. Dotson, 7723 S. State street, Chicago, IL 60619-2317 |
| 30196357 | + | U.S. Department of Labor, District Director Thomas Gauza, Wage and Hour Division, Suite 412, 230 South Dearborn Street, Chicago, IL 60604-1505 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 30079106 | + | Email/Text: lbankruptcy@cookcountytreasurer.com | Jun 02 2023 22:47:00 | Cook County Treasurer's Office, 118 N Clark, Suite 112, Chicago, IL 60602-1590 |
| 30103045 | | Email/Text: rev.bankruptcy@illinois.gov | Jun 02 2023 22:47:00 | Illinois Department of Revenue, Bankruptcy Unit, PO Box 19035, Springfield, IL 62794-9035 |
| 30079113 | + | EDI: IRS.COM | Jun 03 2023 02:28:00 | Internal Revenue Service, P.O. Box 7346, Pholadelphia, PA 19101-7346 |
| 30165378 | | Email/Text: ServicingAdmin@navitascredit.com | Jun 02 2023 22:45:00 | Navitas Credit Corp., 201 Executive Center Dr. Suite 100, Columbia, SC 29210 |
| 30079119 | + | Email/Text: bankruptcynotices@sba.gov | Jun 02 2023 22:45:00 | Small Business Administration, 409 Third Street, Washington, DC 20024-3212 |
| 30094233 | | Email/Text: bankruptcynotices@sba.gov | Jun 02 2023 22:46:00 | U.S. Small Business Administration, Sameena Nabijee, 332 S. Michigan Ave., Suite 600, Chicago, IL 60604 |
| 30079121 | + | Email/Text: rmcbknotices@wm.com | Jun 02 2023 22:47:00 | Waste Management, 3301 W. 47th Street, Chicago, IL 60632-3012 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 30079116 | | PNC Brinks |
| 30079287 | | PNC Brinks |
| 30079278 | * | CRF USA, 802 Nicolloet Mall #1700, Minneapolis, MN 55402 |
| 30079276 | *+ | Cintas, 6001 W. 73rd, Chicago, IL 60638-6101 |
| 30079277 | *+ | Cook County Treasurer's Office, 118 N Clark, Suite 112, Chicago, IL 60602-1590 |
| 30079279 | *+ | Delta Bridge Funding, 2875 NE 191st Street #500, Miami, FL 33180-2832 |
| 30079280 | *+ | Diamond Carpernter, c/o Sulaman Law Group, Ltd, 2500 S. Highland, Lombard, IL 60148-5363 |
| 30079281 | *+ | Dumpster.com, 11699 Brookpark Rd #450, Cleveland, OH 44130-1135 |
| 30079282 | *+ | Empire Cooler Services, 940 W. Chicago Ave, Chicago, IL 60642-5662 |
| 30079283 | *+ | Illinois Casualty, 225 20th Street, Rock Island, IL 61201-8810 |
| 30079284 | *+ | Internal Revenue Service, P.O. Box 7346, Pholadelphia, PA 19101-7346 |
| 30079288 | * | PNC CHecking, 2121 Manheim Rd, Maywood, IL 60153 |
| 30079289 | *+ | PPP, 409 3rd Street S.W., Washington, DC 20416-0011 |
| 30079285 | *+ | Pearl Funding, 410 Jericho TPKE, Jericho, NY 11753-1318 |
| 30079286 | *+ | Pine Valley One Real Estate, 100 N. LaSalle #710, Chicago, IL 60602-5045 |
| 30079290 | *+ | Small Business Administration, 409 Third Street, Washington, DC 20024-3212 |
| 30079291 | *+ | State of Illinois, Attn. Ms. Dotson, 7723 S. State street, Chicago, IL 60619-2317 |
| 30079292 | *+ | Waste Management, 3301 W. 47th Street, Chicago, IL 60632-3012 |
| 30079111 | ##+ | Empire Cooler Services, 940 W. Chicago Ave, Chicago, IL 60642-5662 |

TOTAL: 2 Undeliverable, 16 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jeffrey L. Gansberg | on behalf of U.S. Trustee Patrick S Layng jeffrey.l.gansberg@usdoj.gov |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Robert P Handler | rhandler@com-rec.com  rhandlerscv@ecf.axosfs.com |
| William E. Jamison, Jr. | on behalf of Debtor 1 Jerk Taco Man Holdings LLC wjami39246@aol.com |

TOTAL: 4